## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No.  05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STAN TARAN FORD,

    Defendant.

---

## MOTIONS HEARING AGENDA
### (April 4, 2006, 1:30 p.m.)

---

**IT IS ORDERED** that unless sooner or otherwise resolved, the court shall hear the following motions on **Tuesday, April 4, 2006, commencing at 1:30 p.m.**, reserving one (1) hour for hearing.

| Item No. | Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|---|
| 1 | 30 | Defendant's Motion to Compel Disclosure of Information Re: Confidential Informant(s) | 1/24/06 | |
| 2 | 28 | Defendant's Motion to Compel Interview With Government Informants | 1/24/06 | |
| 3 | 29 | Motion of Defendant Stan Taran Ford for *Brady* Materials | 1/24/06 | |
| 4 | 77 | Defendant's Motion to Continue Trial and Unopposed Motion to Seal the Government's Status Report | 3/24/06 | |

Dated March 28, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**