**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STAN TARAN FORD,

    Defendant.

---

**ORDERS: 1) GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL; 2) DENYING AS MOOT DEFENDANT'S MOTION TO SUPPLEMENT DEFENDANT'S MOTION TO CONTINUE TRIAL (DOCKET #77); 3) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR APPROVAL OF PRETRIAL DATE FOR RETURN OF SUBPOENA *DUCES TECUM* PURSUANT TO FED. R. CRIM. P. 17(C);  AND 4) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR LEAVE TO SUBMIT TRIAL BRIEF**

---

**Blackburn, J.**

    The matters before me are 1) **Defendant's Motion To Continue Trial** [#77] filed March 23, 2006; 2) defendant's **Motion To Supplement Defendant's Motion To Continue Trial (Docket #77)** [#96] filed April 5, 2006; 3) defendant's **Motion for Approval of Pretrial Date for Return of Subpoena *Duces Tecum* Pursuant to Fed. R. Crim. P. 17(c)** [#97] filed April 5, 2006; and 4) defendant's **Motion for Leave To Submit Trial Brief** [#98] filed April 5, 2006. I grant the motion to continue; I deny as moot the motion to supplement; I deny without prejudice the motion for approval of date for return of the subpoena *duces tecum*; and I deny without prejudice the motion for leave to submit a trial brief.

Concerning **Defendant's Motion To Continue Trial** [#77] filed March 23, 2006, I have considered carefully the evidence and information presented by the parties in their papers and during the hearing on April 4, 2006.  In determining a motion to continue, the Tenth Circuit has established the following relevant factors:

> (1) the diligence of the party requesting the continuance; (2) The likelihood that the continuance, if granted, would accomplish the purpose underlying the party's expressed need for the continuance; (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance: [and] (4) The need asserted for the continuance for the continuance and the harm that [defendant-movant] might suffer as result of the district court's denial of the continuance.

*United States v. Rivera*, 900 F.2d 1462, 1475 (10th Cir. 1990) (*quoting* ***United States v. West***, 828 F.2d 1468, 1470 (10th Cir. 1987)). The fourth and final factor is ". . . by far the most important." ***Id***. at 1476.  I have considered carefully each of these factors. On balance these factors weigh in favor of a continuance of the trial.

The granting of defendant's motion to continue the trial now set to commence April 17, 2006, moots defendant's **Motion To Supplement Defendant's Motion To Continue Trial (Docket #77)** [#96] filed April 5, 2006, and moots for now defendant's **Motion for Approval of Pretrial Date for Return of Subpoena *Duces Tecum* Pursuant to Fed. R. Crim. P. 17(c)** [#97] filed April 5, 2006, and defendant's **Motion for Leave To Submit Trial Brief** [#98] filed April 5, 2006.

**THEREFORE, IT IS ORDERED** as follows:

1. that **Defendant's Motion To Continue Trial** [#77] filed March 23, 2006, **IS GRANTED**;

2. That accordingly, the Trial Preparation Conference set April 7, 2006, at 2:00

p.m., **IS VACATED**;

      3. That accordingly, the jury trial set to commence April 17, 2006, **IS VACATED**;

      4. That defendant's **Motion To Supplement Defendant's Motion To Continue Trial (Docket #77)** [#96] filed April 5, 2006, **IS DENIED** as moot;

      5. That defendant's **Motion for Approval of Pretrial Date for Return of Subpoena *Duces Tecum* Pursuant to Fed. R. Crim. P. 17(c)** [#97] filed April 5, 2006, **IS DENIED** without prejudice;

      6. That defendant's **Motion for Leave To Submit Trial Brief** [#98] filed April 5, 2006, **IS DENIED** without prejudice; and

      7. That the court **SHALL CONDUCT** a status-scheduling conference on April 13, 2006, at 2:30 p.m., at which time counsel and the defendant shall appear before the court without further notice or order.

      Dated April 5, 2006, at Denver, Colorado.

      **BY THE COURT:**
      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**