**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STAN TARAN FORD,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION TO SEAL**

**Blackburn, J.**

    The matter before me is the **. . . Unopposed Motion To Seal the Government's Status Report** [#77] filed by defendant March 24, 2006.  The requirements of D.C.COLO.LCrR 47.1 and 47.2 have been satisfied.  However, a showing of compelling reasons has not been made. Defendant's reliance on Fed.R.Evid. 410 and Fed.R.Crim.P. 11(f) are misplaced. Those rules govern and prohibit the admissibility of such information as evidence in a criminal proceeding. Those rules do not purport or presume to control public access to such information otherwise.

    **THEREFORE, IT IS ORDERED** that the **. . . Unopposed Motion To Seal the Government's Status Report** [#77] filed by defendant March 24, 2006, **IS DENIED**.

    Dated April 6, 2006, at Denver, Colorado.

                                 **BY THE COURT:**

                                 **s/ Robert E. Blackburn**
                                 **Robert E. Blackburn
United States District Judge**