**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STAN TARAN FORD,

    Defendant.

---

**SUPPLEMENTAL DISCOVERY ORDERS**

---

**Blackburn, J.**

On April 4, 2006, I heard the five defense motions enumerated in the updated motions' hearing agenda. *See* [#93]. During the hearing I entered certain findings of fact, conclusions of law, and orders from the bench.[1] Also, I took some issues under advisement. This order is entered to confirm, supplement, and expatiate those findings, conclusions, and orders, and to resolve the issues taken under advisement.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Compel Disclosure of Information Re: Confidential Informant(s)** [#30] filed January 24, 2006, **IS GRANTED IN PART** and **DENIED IN PART**:

    a. the motion **IS GRANTED** as follows:

---

[1] This order does not supplant or supersede the orders issued in open court during the April 4, 2006, hearing. Instead, this order is intended to reiterate and expatiate those orders that require additional detail and to resolve issues taken under advisement. The orders issued from the bench, which are not reiterated or expatiated in this order, remain in full force and effect.

          1. the government shall exert its best efforts to assist the defendant in understanding which cooperating witness made the various statements appearing in the discovery;

          2. the government shall provide the defendant by April 5, 2006, with the out-of-pocket expenses reimbursed by the government to cooperating witness-1 (Keith);

          3. the government shall provide the defendant by April 7, 2006, with any statement made by cooperating witness-2 (Hee) to deputies or representatives of the El Paso County Sheriff's Office;

          4. the government shall provide the defendant as soon as practicable with any evidence probative of substantial or serious mental health or substance abuse issues involving cooperating witness-2 (Hee);

          5. the government shall provide the court as soon as practicable all other evidence probative of mental health or substance abuse issues involving cooperating witness-2 (Hee) for *in camera* review by the court; and

          6. the government shall provide the court as soon as practicable for *in camera* review by the court any internal memoranda regarding the credibility of the cooperating witnesses written by the JTTF agents and maintained within the Joint Terroism Task Force's internal informant files, if any, for the cooperating witnesses; and

     b. the motion **IS DENIED** as stated by the court on the record;

   2. That defendant's **Motion To Compel Interview with Government Informants** [#28], filed January 24, 2006, **IS DENIED** as moot; provided, however, the government shall produce at trial both cooperating witnesses (Keith and Hee);

3. That the **Motion of Defendant Stan Taran Ford for *Brady* Materials** [#29] filed January 24, 2006, **IS GRANTED IN PART** and **DENIED IN PART** as stated in the record and as follows:

    a. the government shall provide the defendant as soon as practicable with useable copies of the hard drives from the computers seized from the defendant;

    b. the defendant's requests for notes from persons other than the defendant **IS DENIED**; and

    c. the defendant's request for the minutes of the grand jury proceedings **IS DENIED**;

4. That defendant's **Motion for Additional Brady Materials** [#91] filed March 29, 2006, **IS DENIED** as moot; and

5. That **Defendant's Motion To Continue Trial . . .** [#77] filed March 24, 2006, **IS GRANTED** as provided in order [#99] entered April 5, 2006.[2]

Dated April 6, 2006, in chambers at Denver, Colorado, to confirm, supplement, and expatiate the findings of fact, conclusions of law, and orders issued from the bench during the hearing on April 4, 2006, and to resolve the issues taken under advisement by the court.

        **BY THE COURT:**
        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**

---

[2] Defendant's motion to continue the trial is one of two discreet motions stated and contained within [#77] entitled **Defendant's Motion To Continue Trial and Unopposed Motion To Seal the Government's Status Report**. I will resolve the motion to seal in a separate order for clarity of the record.