**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STAN TARAN FORD,

    Defendant.

---

**ADDITIONAL DISCOVERY ORDERS**

---

**Blackburn, J.**

On April 4, 2006, I heard the five defense motions enumerated in the updated motions' hearing agenda. *See* [#93]. During the hearing I entered certain findings of fact, conclusions of law, and orders from the bench. Also, I took some issues under advisement. On April 6, 2006, I entered **Supplemental Discovery Orders** [#103] to confirm, supplement, and expatiate those findings, conclusions, and orders, and to resolve the issues taken under advisement. I enter these orders to address and report the results of my recent *in camera* inspection, which I conducted pursuant to my orders of April 6, 2006.

My April 6, 2006, order provided in relevant part:

> 5. the government shall provide the court as soon as practicable all other evidence probative of mental health or substance abuse issues involving cooperating witness-2 (Hee) for *in camera* review by the court; and
> 6. the government shall provide the court as soon as practicable for *in camera* review by the court any internal memoranda

> regarding the credibility of the cooperating witnesses written by
> the JTTF agents and maintained within the Joint Terrorism Task
> Force's internal informant files, if any, for the cooperating witnesses.

See **Supplemental Discovery Orders** [#103] at 2, ¶¶ 5 and 6. In ostensible compliance with my orders, the government delivered to me on April 6, 2006, its Joint Terrorism Task Force's internal informant files for its two cooperating witnesses, Keith and Hee, and two FD-302 FBI report forms, detailing the substance of recent FBI interviews of each of the cooperating witnesses about personal substance abuse and mental health issues. [1]

On April 10 and 11, 2006, I conducted an *in camera* review of the materials tendered by the government. Based on my *in camera* review, I find and conclude that beyond the discovery provided already to the defendant, there is no additional evidence or information relevant to or probative of mental health or substance abuse issues involving or implicating cooperating witness Hee and there are no internal memoranda regarding the credibility of either of the cooperating witnesses.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Compel Disclosure of Information Re: Confidential Informant(s)** [#30] filed January 24, 2006, **IS RESOLVED** *pro tanto*;

2. That the two FD-302 FBI report forms, detailing the substance of recent FBI interviews of each of the cooperating witnesses about personal substance abuse and mental health issues, **SHALL BE PRODUCED** to the defendant by April 13, 2006; and

3. That copies of the documents delivered by the government to me on April 6,

---

[1] The relevant FD-302 reports indicate that the FBI interviewed cooperating witness Keith on April 4, 2006, and cooperating witness Hee on April 5, 2006.

2006, **SHALL BE FILED UNDER SEAL**, and the originals shall be returned to the government.

      Dated April 13, 2006, at Denver, Colorado.

                                      **BY THE COURT:**
                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**