**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STAN TARAN FORD,

      Defendant.

---

### ADDITIONAL DISCOVERY ORDERS

---

**Blackburn, J.**

On April 4, 2006, I heard the five defense motions enumerated in the updated motions' hearing agenda, *See* [#93]. On April 6, 2006, I entered **Supplemental Discovery Orders** [#103] relevant to the April 4, 2006, hearing. On April 13, 2006, I entered **Additional Discovery Orders** [#106] to report the results of my *in camera* review on April 10 and 11, 2006. I enter these orders to address and report the results of my second *in camera* inspection, which I conducted on April 20, 2006, pursuant to my orders of April 6, 2006.

My April 6, 2006, order provided in relevant part:

> 5. the government shall provide the court as soon as practicable all other evidence probative of mental health or substance abuse issues involving cooperating witness-2 (Hee) for *in camera* review by the court.

*See* **Supplemental Discovery Orders** [#103] at 2, ¶¶ 5. In ostensible compliance with my orders, the government delivered to me on April 17, 2006, additional records

relating to cooperating witness Hee.

On April 20, 2006, I conducted an *in camera* review of the additional records tendered by the government. Based on my *in camera* review, I find and conclude that beyond the discovery provided already to the defendant, there is no additional evidence or information relevant to or probative of mental health or substance abuse issues involving or implicating cooperating witness Hee.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Compel Disclosure of Information Re: Confidential Informant(s)** [#30] filed January 24, 2006, **IS RESOLVED**; and

2. That copies of the documents delivered by the government to me on April 17, 2006, **SHALL BE FILED UNDER SEAL**, and the originals shall be returned to the government.

Dated April 20, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**