**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STAN TARAN FORD,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL**

**Blackburn, J.**

    The matter before me is defendant's **Motion For New Trial** [#161] filed June 16, 2006. The government objects. *See* Response [#163] filed June 22, 2006. I deny the motion.

    Defendant seeks a new trial under Fed.R.Crim.P. 33, contending that the jury returned compromise verdicts. *See* Motion at 3, ¶ 10. I disagree. First, defendant proffers no evidence, e.g., affidavit, declaration, etc., in support of his assertion. Second, compromise verdicts do not *ipso facto* necessitate a new trial. *See* **United States v. Green**, 523 F.2d 229, 235-36 (2d Cir. 1975). Third, initial entrapment does not immunize defendant from criminal liability for subsequent transactions that he readily and willingly undertook. *See, e.g.,* **United States v. Mitchell**, 67 F.3d 1248, 1254 (6th Cir. 1995), and **United States v. Smith**, 802 F.2d 1119 (9th Cir. 1986) (jury found that defendant had been entrapped as to October 23, 1984, drug transaction but

not as to December 11, 1984, drug transaction involving same undercover agent). Fourth, and most significantly, there exists a plausible explanation, other than compromise, which distinguishes between the jury's verdicts of not guilty on Counts 1 and 2 and the verdict of guilty on Count 3. There was evidence at trial that the transaction made the subject of Count 3 was initiated by defendant, unlike the transactions made the subject of Counts 1 and 2, and that given the elapse of time between the transactions made the subject of Counts 2 and 3, any previous entrapping influence exerted by the government had evanesced.

**THEREFORE, IT IS ORDERED** that defendant's **Motion For New Trial** [#161] filed June 16, 2006, **IS DENIED**.

Dated July 13, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**