IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**Stan Taran Ford**

    Defendant.

## MINUTE ORDER

Pursuant to the directions of Magistrate Judge Craig B. Shaffer:      Tracey Lee, Deputy Clerk
August 18, 2006

   The motion for return of seized property, [166] is hereby GRANTED. The government agrees to return defendant's property with the exception of any evidence introduced at the trial.