**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:** January 30, 2007

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar

_____

**Criminal Case No.   05-cr-00537-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| v. | |
| STAN TARAN FORD, | William Hood, III |
| Defendant. | Peter Bornstein |

_____

**COURTROOM  MINUTES**
_____

**Hearing:**     Motion for a New Trial

**1:30 p.m.**     **Court in session.**

Appearances of counsel.

Opening statements by the court.

Statements to the Court by Mr. Mackey, for the Government.

Statements to the Court by Mr. Bornstein, for the Defendant.

The Court's sequestration order is in effect.

The Defendant calls witness, Ms. Dianna Matsuda.

The witness is sworn.

1:37 p.m     Direct examination of the witness, Ms. Dianna Matsuda, by Mr. Bornstein for the Defendant.

The Defendant offers Defendant's Exhibit E.
No objections by the Government.

**Defendant's Exhibit E is admitted into evidence.**

1:43 p.m.     Cross examination of the witness, Ms. Dianna Matsuda, by Mr. Mackey for the Government.

The witness is excused and released from subpoena.

The Defendant calls witness, Mr. Stan Ford.

The witness is sworn.

1:46 p.m.     Direct examination of the witness, Mr. Stan Ford, by Mr. Bornstein.

The Defendant offers Defendant's Exhibits A and B.

No objections by the Government.

**Defendant's Exhibits A and B are admitted into evidence**.

The Defendant offers Government's Exhibit 5.

No objections by the Government.

**Government's Exhibit 5 is admitted into evidence.**

The Defendant offers Defendant's Exhibit D.

The Government offers Government's Exhibit 8.

No objections as to either exhibit.

**Defendant's Exhibit D is admitted into evidence.**

**Government's Exhibit 8 is admitted into evidence.**

The Defendant offers Government's Exhibits 9 and 11.

No objections by the Government.

**Government's Exhibits 9 and 11 are admitted into evidence**.

2:17 p.m.      Cross examination of the witness, Mr. Stan Ford, by Mr. Mackey for the Government.

2:44 p.m.      Redirect examination of the witness.

The witness is excused.

The Defendant offers Defendant's Exhibits C and F.

No objections by the Government

**Defendant's Exhibits C and F are admitted into evidence.**

2:54 p.m      The Defendant rests.

The Government calls witness, Mr. Don Estep.

The witness is sworn.

2:55 p.m.      Direct examination of the witness, Mr. Don Estep, by Mr. Mackey for the Government.

3:05 p.m       Cross examination of the witness, Mr. Don Estep, by Mr. Hood for the Defendant.

3:19 p.m       Redirect examination of the witness.

The witness is excused and released from subpoena.

**3:22 p.m      Court in recess**
**3:34 p.m      Court in session.**

The Government calls witness, Mr. Keith Heavilin.

The witness is sworn.

3:35 p.m.      Direct examination of the witness, Mr. Keith Heavilin, by Mr. Mackey for the Government.

The Government offers Government's Exhibits 3, 4, 7, and 10.

No objections by the Defendant.

**Government's Exhibits 3, 4, 7, and 10 are admitted into evidence.**

3:30 p.m.   Cross examination of the witness, Mr. Keith Heavilin, by Mr. Hood for the Defendant.

4:10 p.m   Redirect examination of the witness.

The witness is excused and released from subpoena.

The Government calls witness, Special Agent Brian Schmitt.

The witness is sworn.

4:16 p.m.   Direct examination of the witness, Special Agent Brian Schmitt, by Mr. Mackey for the Government.

No cross examination.

The witness is excused and released from subpoena.

The Government calls witness, Special Agent Kevin Fisk.

4:24 p.m.   Direct examination of the witness, Special Agent Kevin Fisk, by Mr. Mackey for the Government.

The Government offers Government's Exhibits 1and 2.

No objections by the Defendant.

**Government's Exhibit 1 and 2 are admitted into evidence.**

4:33 p.m   Cross examination of the witness, Special Agent Kevin Fisk, by Mr. Hood for the Defendant.

4:35 p.m   Redirect examination of the witness.

The witness is excused.

The Government offers Government's Exhibit 6.

No objections by the Defendant.

**Government's Exhibit 6 is admitted into evidence.**

4:37 p.m.     The Government rests.

Closing argument by Mr. Bornstein, for the Defendant.

Closing argument by Mr. Mackey, for the Government.

It was **ORDERED**:

    1.    That the Defendant's Motion for New Trial *(Second) - Brady Violation*, [#173] filed September 26, 2006, is **taken under advisement.**

**5:00 p.m.     Court in recess.**

*Total in court time:   3 hours and 30 minutes -  Hearing concluded*