# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 05-cr-00537-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STAN TARAN FORD,

    Defendant.

## MINUTE ORDER[1]

    With the consent of the parties, the sentencing hearing for this matter is set for **March 29, 2007**, at 9:00 a.m.  The court has reserved one (1) hour for this hearing.

Dated :  March 5, 2007

-----

[1] This **Minute Order** is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.